PROB 12C
(6/16)

Report Date: April 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Lukes Lorenzo Herrera | Case Number: | 0980 1:18CR02032-LRS-1 |
| Address of Offender: | | Washington 98930 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 13, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | August 27, 2019 |
| Defense Attorney: | To be determined | Date Supervision Expires: | August 26, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Lukes Herrera is alleged of being in violation of his supervised release conditions by having been arrested for felon in possession of a firearm on April 10, 2020, per Yakima County Sheriff's Office (YCSO) incident report number 20C05700.<br><br>On August 30, 2019, Mr. Herrera reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.<br><br>On April 10, 2020, per YCSO incident report number 20C05700, at approximately 12:01 a.m., deputies Diaz, Bazan, and Silva were detailed to a possible non-injury accident at 2290 Waneta Road.  The reporting party (RP) was saying there was a two-car accident in front of her house. The RP was also saying a male had gotten out of a black vehicle and was running southbound on Waneta Road.<br><br>On arrival, deputy Diaz contacted the driver of vehicle 2 (DV2), and asked if medical attention was needed.  DV2 said he did not need any medical attention. Deputy Diaz asked DV2 what had occurred and he said he was southbound on Waneta Road approaching his residence. When he was about to turn into his driveway, a black Honda rear ended him. The driver of the black Honda fled southbound on Waneta Road, wearing a gray sweater. |

Prob12C
**Re: Herrera, Lukes Lorenzo**
**April 15, 2020**
**Page 2**

The driver was later located and identified as Lukes Herrera. A firearm was also recovered that Mr. Herrera attempted to dispose of while running.

Mr. Herrera was arrested for being in possession of a firearm. He was not booked into jail as he did not meet the violent crime criteria. Mr. Herrera was cited and released. A request to charge Mr. Herrera with felon in possession of a firearm will be made to the Yakima County Prosecutor's Office.

2      **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by failing to undergo a substance abuse evaluation by March 6, 2020.

On August 30, 2019, Mr. Herrera reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

On February 21, 2020, Mr. Herrera self-admitted to having consumed marijuana on or about February 14, 2020. He was instructed to undergo a substance abuse evaluation at Merit Resource Services (Merit) in Sunnyside, Washington, by March 6, 2020.

On March 6, 2020, Mr. Herrera stated he had not contacted Merit to undergo the evaluation. Further, as of the date of this report, Mr. Herrera has not undergone the evaluation process.

3      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by consuming a controlled substance, marijuana, on or about February 14, 2020.

On August 30, 2019, Mr. Herrera reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

On February 21, 2020, this officer met with Mr. Herrera and was directed to submit to a drug screen. Mr. Herrera acknowledged he "messed up" and he self-admitted to having consumed marijuana on or about February 14, 2020. Mr. Herrera signed the admission of drug use form.

Prob12C
**Re: Herrera, Lukes Lorenzo**
**April 15, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 15, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[✓] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

04/15/2020

Date